# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALEXANDER OTIS MATTHEWS,:
    Petitioner, :
                       :     No. 1:17-cv-02079
    v. :
                       :     (Judge Rambo)
FCI ALLENWOOD, WARDEN :
    Respondent :

## ORDER

**AND NOW,** this 29th day of January 2018, upon consideration of the petition for writ of habeas corpus (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT:**

(1) Petitioner Alexander Otis Matthews' motion to correct an error in his pleading (Doc. No. 8), and motion for leave to file an updated sworn declaration (Doc. No. 11), are **GRANTED** insofar as the Court has considered the contents of both filings;

(2) The Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED without prejudice**.

(3) The Clerk of Court is directed to **CLOSE** this case.

                                s/Sylvia H. Rambo
                                SYLVIA H. RAMBO
                                United States District Judge